KNOWLES ELECTRONICS LLC
and Mouser Electronics,
Inc., Appellants,

v.

INTERNATIONAL TRADE
COMMISSION,
Appellee,

and

Analog Devices, Inc., Intervenor.

No. 2011–1565.

United States Court of Appeals,
Federal Circuit.

Jan. 5, 2012.

Steven M. Bauer, Sharada Devarasetty, Proskauer Rose LLP, Boston, MA, for Intervenor.

Clint A. Gerdine, Andrea C. Casson, James M. Lyons, U.S. International Trade Commission, Washington, DC, for Appellee.

Richard L. Rainey, Sturgis M. Sobin, Brian G. Bieluch, Covington & Burling LLP, Washington, DC, for Appellant.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).